UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JONATHAN E. LOPEZ, | ) | No. CV 12-10188-VAP (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| G.J. JANDA, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: November 20, 2014

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE